

**ORDERED in the Southern District of Florida on April 01, 2011.**

*Paul G. Hyman, Chief Judge*
*United States Bankruptcy Court*

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:
JACK H. WEIR                                    CASE NO.: 11-13786-PGH
                                                CHAPTER 7

            Debtor.
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR18, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR18 UNDER THE POOLING AND SERVICING AGREEMENT DATED SEPTEMBER 1, 2005

**THIS CAUSE** came on for consideration by negative notice pursuant to the Motion for Relief from Stay (Doc. No. 11) filed with Negative Notice on March 14, 2011, by Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR18, Mortgage Pass-Through Certificates, Series 2005-AR18 under the Pooling and Servicing Agreement dated September 1, 2005, a secured creditor in the above-styled cause. The Court, having considered said Motion for Relief from Stay with Negative Notice, the Certificate of No Response, the Debtor intending to surrender the collateral and, no appropriate response having been filed in accordance with Local Rule 4001-1(C), finds it appropriate to grant relief under Local Rule 4001-1(C) without further notice or hearing.  Therefore, it is

**ORDERED:**

1. The Motion for Relief from the Automatic Stay is Granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

   **LOT 47 OF COLLEGE PARK REVISED ADDITION NO.3, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 23, PAGE 157, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.**

   **AKA:  2401 N. LAKESIDE DRIVE, LAKE WORTH, FL  33460**

3. This Order is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property described above.  Movant shall not seek an in personam judgment against the Debtor.

###

Copies furnished to:

John C. Brock, Jr.
Albertelli Law
P.O. Box 23028
Tampa, FL 33623

Jack H. Weir
310 Pine Street Apt. A
West Palm Beach, FL 33407

Donald N. Jacobson, Esq.
P.O. Box 1425
West Palm Beach, FL 33402

Deborah Menotte
P.O. Box 211087
West Palm Beach, FL 33421

U.S. Trustee
51 SW 1st Ave Suite 1204
Miami, Fl 33130